**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>for the use and benefit of<br>AAROW EQUIPMENT & SERVICES, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 1:09cv861 (AJT/TCB) |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant, Travelers Casualty and Surety Company of America ("Travelers"), by and through counsel, and respectfully moves this Honorable Court for summary judgment on all counts against Plaintiff pursuant to Fed. R. Civ. P. 56. Summary judgment is appropriate in this case because the Plaintiff, Aarow Equipment and Services, Inc. ("Arrow"), by its own admission, has been paid all amounts due and owing under its contract. In fact, under sworn testimony, Arrow has admitted that it was paid *more* than the amounts it incurred on the Project. Moreover, even if any amounts were due, they were properly withheld under the terms of Arrow's contract. For these reasons, Arrow's complaint fails and the Plaintiff is not entitled to any recovery whatsoever.

WHEREFORE, Travelers respectfully requests that this Court enter summary judgment against the Plaintiff and in favor of Travelers on all counts, along with an award for Travelers' fees, costs, and such other relief as the Court deems proper.

Dated: November 13, 2009.

                              Respectfully submitted,

                              _____/s/_____
                              Carter B. Reid
                              VA Bar No. 27192
                              James D. Coleman
                              VA Bar No. 70907
                              WATT, TIEDER, HOFFAR
                               & FITZGERALD, L.L.P.
                              8405 Greensboro Drive
                              Suite 100
                              McLean, Virginia 22102
                              Tel: (703) 749-1000
                              Fax: (703) 893-8029
                              creid@WTHF.com
                              jcoleman@WTHF.com
                              *Attorneys for Defendant Travelers Casualty and Surety Company of America*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of November, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Eugene Andrew Burcher
    WALSH COLUCCI LUBELEY EMRICH & WALSH PC
    4310 Prince William Parkway
    Suite 300
    Prince William, VA 22192
    Tel: 703-680-4664
    Fax: 703-680-2161
    eaburcher@thelandlawyers.com
    Counsel for Aarow Equipment & Services, Co.


        \_\_\_\_\_/s/_____
        James D. Coleman
        VA Bar No. 70907
        WATT, TIEDER, HOFFAR
         & FITZGERALD, L.L.P.
        8405 Greensboro Drive
        Suite 100
        McLean, Virginia 22102
        Tel: (703) 749-1000
        Fax: (703) 893-8029
        jcoleman@WTHF.com
        *Attorney for Defendant Travelers Casualty and Surety Company of America*