IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*for the use and benefit of*<br>AAROW EQUIPMENT & SERVICES,<br><br>        Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 1:09-cv-00861-AJT-TCB |

## ORDER

On December 11, 2009, this matter came before the Court on Defendant's Motion for Summary Judgment (Doc. No. 16). A bench trial in this matter is scheduled for March 1, 2010. Upon consideration of the memorandum and exhibits filed in support of Defendant's Motion for Summary Judgment, the memorandum and exhibits filed in opposition thereto, and the arguments made by counsel in open court on December 11, 2009, the Court finds that supplemental briefing on the following issues is desirable in order for the Court to rule on the pending motion for summary judgment:

1. Which provision(s) of the subcontract at issue in this case (the "Subcontract") governs the Subcontract's termination, which occurred on or about July 2009, and why;

2. The properly calculated amount owed to Plaintiff pursuant to Section 12.1 of the Subcontract, if that provision were found to apply, and the basis for that calculation;

3. The properly calculated amount of the "reasonable value of Work" pursuant to Section 12.2 of the Subcontract, if that provision were found to apply, and the basis for that calculation; and

4.  Whether Plaintiff's entitlement to compensation for work performed is to be determined independent of the Subcontract's provisions pertaining to termination and, if so, how such value is to be calculated, including whether the amount of compensation is to be determined on the basis of the percentage of completion method used for billing purposes, and the facts and legal basis supporting the parties' positions.

Accordingly, it is hereby

ORDERED that the parties file supplemental briefs addressing the above-listed issues on or before January 15, 2010 and that the parties file any briefs in response on or before January 26, 2010.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 30, 2009