IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*for the use and benefit of*<br>AAROW EQUIPMENT & SERVICES,<br><br>Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY<br>COMPANY OF AMERICA,<br><br>Defendant. | Case No. 1:09-cv-00861-AJT-TCB |

## ORDER

On March 24, 2010, Defendant filed a Motion for Leave to Supplement Travelers' Motion for Summary Judgment with New Case Law (Doc. No. 48), providing the Court with a copy of a decision issued by the Fourth Circuit on February 19, 2010. On February 26, 2010, Plaintiff filed an opposition to Defendant's motion in which Plaintiff argued against the relevancy of the Fourth Circuit's February 19, 2010 decision. The Court has taken notice of the Fourth Circuit decision and Plaintiff's opposition to its relevance to this matter. Accordingly, it is hereby

ORDERED that Defendant's Motion for Leave to Supplement Travelers' Motion for Summary Judgment with New Case Law (Doc. No. 48) be, and the same hereby is, GRANTED, that Defendant's Motion for Summary Judgment (Doc. No. 16) be, and the same hereby is, deemed supplemented, and that Plaintiff's opposition to Defendant's Motion for Summary Judgment (Doc. No. 16) be, and the same hereby is, deemed supplemented by its Opposition to Defendant's Motion to Supplement its Motion for Summary Judgment (Doc. No. 50); and it is further

ORDERED that the hearing on Defendant's Motion for Leave to Supplement Travelers' Motion for Summary Judgment with New Case Law (Doc. No. 48) scheduled for March 5, 2010 be, and the same hereby is, VACATED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 26, 2010