IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*for the use and benefit of* )<br>AAROW EQUIPMENT & SERVICES, )<br>                               )<br>          Plaintiff, )<br>v.                              )<br>                               )<br>TRAVELERS CASUALTY AND SURETY )<br>COMPANY OF AMERICA, )<br>                               )<br>          Defendant. ) | Case No. 1:09-cv-00861 (AJT/TCB) |

## <u>ORDER</u>

Upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 16), the memoranda and exhibits in support thereof and the opposition thereto, the Court finds for the reasons set forth in the accompanying Memorandum Opinion that there are no genuine issues of material fact and that Defendant is entitled to judgment in its favor as a matter of law; and it is hereby:

ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 16) be, and the same hereby is, GRANTED; and it is further

ORDERED that judgment be, and the same hereby is, entered in favor of defendant Travelers Casualty and Surety Company of America and that this action be, and the same hereby is, dismissed.

The Clerk is directed to enter judgment in favor of Defendant pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

This Order is final.

_____/s/_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 16, 2010

2