IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) <br> for the use and benefit of   ) <br> AAROW EQUIPMENT & SERVICES, INC.   ) <br>   ) <br> Plaintiff,   ) <br>   ) <br> v.   ) <br>   ) <br> TRAVELERS CASUALTY AND SURETY   ) <br> COMPANY OF AMERICA,   ) <br>   ) <br> Defendants.   | Civil Action No. 1:09cv861 (AJT/TCB) |

## **JUDGMENT**

Pursuant to the Order of this Court entered March 16, 2010 and in accordance with Federal Rule of Civil Procedure 58, JUDGMENT is hereby entered in favor of the defendant, Travelers Casualty and Surety Company of America, against the plaintiff, Aarow Equipment and Services, Inc.

FERNANDO GALINDO, CLERK

By: _____/s/_____
Deputy Clerk

March 16, 2010
Alexandria, Virginia