**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

_____
                                                                      )
**UNITED STATES OF AMERICA**                )
**for the use and benefit of**                       )
**AAROW EQUIPMENT SERVICES, INC.,**  )
                                                                      )
    **Plaintiff,**                                       )          Case No. 1:09cv861 (AJT/TCB)
                                                                      )
**v.**                                                                )
                                                                      )
**TRAVELERS CASUALTY AND SURETY** )
**COMPANY OF AMERICA,**                      )
                                                                      )
    **Defendant.**                                    )
_____)

**NOTICE OF APPEAL**

COMES NOW, Plaintiff, Aarow Equipment & Services, Inc., by counsel and pursuant to Rule 4 of the Federal Rules of Appellate Procedure notes its appeal of the District Court's opinion and judgment of March 16, 2010, Docket Items Numbered 54, 55 and 56.

Dated: March 31, 2010

                                                     Respectfully Submitted,
                                                     WALSH, COLUCCI, LUBELEY,
                                                     EMRICH & WALSH, P.C.

                                                     /s/ E. Andrew Burcher
                                                     E. Andrew Burcher, VSB #41310
                                                     Michael Kalish, VSB #73090
                                                     Attorneys for Plaintiff
                                                     4310 Prince William Parkway, Suite 300
                                                     Prince William, VA 22192
                                                     Phone: (703) 680-4664
                                                     Fax:  (703) 680-2161
                                                     eaburcher@thelandlawyers.com
                                                     mkalish@pw.thelandlayers.com

## CERTIFICATE OF SERVICE

    I, E. Andrew Burcher, hereby certify that on the 31st day of March, 2010, I filed the foregoing Notice of Appeal using the CM/ECF system which will send a notice of electronic filing through the Court's electronic filing systems to counsel for the Defendant as follows:

>Carter B. Reid, Esq.
>James D. Coleman, Esq.
>WATT, TIEDER, HOFFAR
>& FITZGERALD, L.L.P.
>8405 Greensboro Drive, Suite 100
>McLean, Virginia 22102
>Tel: (703) 749-1000
>Fax: (703) 893-8029
>creid@WTHF.com
>jcoleman@WTHF.com
>*Attorneys for Defendant*

                                         /s/ E. Andrew Burcher
                                         Counsel